■

N. A. BERWIN & Co., INC., et al., Respondents, v. AMERICAN SAFETY RAZOR CORPORATION et al., Defendants, and JOSEPH REVSON et al., Appellants.— We are obliged to confine our consideration of the complaint on this motion to dismiss for insufficiency to the four corners of the complaint and cannot consider facts brought to our attention on another and broader motion. Although we may be of the opinion that plaintiff cannot ultimately succeed when all the facts are in, we hold the complaint on the facts alleged to be sufficient. Orders unanimously affirmed, with $10 costs and disbursements to the respondents. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

■

N. A. BERWIN & Co., INC., et al., Respondents, v. AMERICAN SAFETY RAZOR CORPORATION et al., Defendants, and JOSEPH REVSON et al., Appellants.— Appeals unanimously dismissed. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

■

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Bounded by St. Raymond Avenue and Other Streets in the Borough of The Bronx, Selected as a Site for JUNIOR HIGH SCHOOL No. 127. DAVID FISCHOFF et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIRROM LEASING Co., INC., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [342–348 Seventh Avenue, Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See 283 App. Div. 659.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIMOR REALTY Co., INC., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [350 Seventh Avenue, Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

■

(November 10, 1953.)

■

ELIZABETH ABRAMS, Respondent, v. MACY PARK CONSTRUCTION Co., INC., Appellant.

*Per Curiam.* The order of Special Term enjoining proceedings upon an arbitration award should be reversed, with costs and disbursements to defend-